UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR223 010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to |
| JULIO OTTLEO LOPEZ | ) | Distribute Controlled Substances |
| | ) | (Alprazolam, |
| | ) | Buprenorphine/Naloxone, ADB- |
| | ) | BUTINACA) |
| | ) | |
| | ) | 18 U.S.C. § 1791(a)(2) |
| | ) | Possession of Contraband by a |
| | ) | Federal Prisoner |
| | ) | |
| | ) | 18 U.S.C. § 111(a)(1) |
| | ) | Assault on a Federal Officer |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Possession With Intent to Distribute Controlled Substances*
*(Alprazolam, Buprenorphine/Naloxone, ADB-BUTINACA)*
21 U.S.C. § 841(a)(1)

On or about October 17, 2022, in Wayne County, within the Southern District of Georgia, the defendant,

**JULIO OTTLEO LOPEZ,**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of alprazolam, a schedule IV controlled substance, a mixture or substance containing a detectable amount of Buprenorphine/Naloxone, a schedule III controlled substance, and a mixture or substance containing a detectable amount of ADB-BUTINACA, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
*Possession of Prison Contraband by a Federal Prisoner*
18 U.S.C. § 1791(a)(2)

On or about October 17, 2022, in Wayne County, within the Southern District of Georgia, the defendant,

### JULIO OTTLEO LOPEZ,

an inmate of Federal Correctional Institute Jesup, a Federal correctional institution, possessed prohibited objects, to wit: Buprenorphine/Naloxone, a narcotic drug, Alprazolam, a schedule IV controlled substance, ADB-BUTINACA, a schedule I controlled substance other than marijuana, SIM cards, devices used by the user of a commercial mobile service, and tobacco, an object that threatens the order, discipline, or security of a prison or the life, health, or safety of an individual.

All in violation of Title 18, United States Code, Section 1791(a)(2), (b)(1), (b)(2), (b)(4), and (b)(5).

## COUNT THREE
*Assault on a Federal Officer*
18 U.S.C. § 111(a)(1)

On or about October 17, 2022, in Wayne County, within the Southern District of Georgia, the defendant,

**JULIO OTTLEO LOPEZ,**

did knowingly and intentionally assault K.B., a Correctional Officer with the Federal Bureau of Prisons at the Federal Correctional Institute Jesup, while K.B. was engaged in the performance of his official duties by striking him about his midsection.

All done in violation of Title 18, United States Code, Section 111(a)(1).

_____
Foreperson

_____
Bradley R. Thompson
Assistant United States Attorney
*Lead Counsel

_____
Jill E. Steinberg
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

5